**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DAVID ANGEL SIFUENTES III,

    Plaintiff,

v.

AT&T,

    Defendant.

Case No. 1:23-cv-834

Hon. Robert J. Jonker

_____/

**DEFENDANT AT&T MOBILITY LLC'S MOTION TO COMPEL ARBITRATION**

Defendant AT&T Mobility LLC (erroneously named as "AT&T") hereby moves the Court to compel arbitration of Plaintiff's claims in accordance with section 4 of the Federal Arbitration Act (the "FAA"), 9 U.S.C. § 4, and stay the case pending conclusion of that arbitration in accordance with section 3 of the FAA, 9 U.S.C. § 3. AT&T sought concurrence from Plaintiff in accordance with W.D. Mich. LCivR 7.1(d), but Plaintiff stated that he opposes AT&T's motion. In support of this motion, AT&T submits an accompanying memorandum of law.

Respectfully submitted, this 27th day of October, 2023.

*[Signature on next page]*

s/ Thomas M. Amon
Thomas M. Amon
Michigan Bar No. P72351
WARNER NORCROSS + JUDD LLP
150 Ottawa Ave NW, Ste 1500
Grand Rapids, MI 49503-2487
Telephone: (616) 752-2727
tamon@wnj.com

John P. Jett (*pro hac vice* application forthcoming)
Georgia Bar No. 827033
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500
jjett@kilpatricktownsend.com

*Counsel for Defendant AT&T Mobility LLC*

## CERTIFICATE OF COMPLIANCE WITH W.D. MICH. LCivR 7.1(d)

The undersigned attorney hereby certifies that on October 27, 2023, he spoke with Plaintiff, who is *pro se*, by telephone in a good-faith effort to obtain concurrence with this motion, but that Plaintiff stated that he did not concur with the relief sought herein.

This 27th day of October, 2023.

s/ Thomas M. Amon
Thomas M. Amon
Michigan Bar No. P72351

*Counsel for Defendant AT&T Mobility LLC*
