FILED - GR
November 16, 2023 1:22 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: KB 11-16

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

DAVID ANGEL SIFUENTES III,  
    Plaintiff,

V.

AT&T,

    Defendant.

_____/

CASE NO.1:23-cv-00834

HON. ROBERT J JONKER  
U.S. DISTRICT JUDGE

## DECLARATION IN SUPPORT OF OPPOSITION TO THE DECLARATION OF ANDREW J. SCHUDDEBOOM IN SUPPORT OF DEFENDANT AT&T'S MOTION TO COMPEL ARBITRATION

I, David Angel Sifuentes III, pursuant to 28 U.S.C. § 1746, hereby certify to the best of my knowledge, information, and belief that:

1. The facts, law and in opposition to the declaration of Andrew J. Schuddeboom in support of defendant AT&T's motion to compel arbitration is not being presented for an improper purpose and is presented in the best of my ability and knowledge.

2. I never knowingly or intelligently waived my constitutional right to a jury trial.

3. Is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law.

4. The factual contentions have evidentiary support or, if specifically, so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery.

5. I declare under penalty of perjury, that the foregoing is true and correct.

Executed on this 15th day of November.

_____  
David Angel Sifuentes III