**FILED - GR**
June 3, 2024 12:34 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW / 6.3

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DAVID ANGEL SIFUENTES III,
          Plaintiff,

CASE NO.1:23-cv-00834
1:24-cv-00519

V.

HON. ROBERT J JONKER
U.S. DISTRICT JUDGE

AT&T,
          Defendant.

HON. PHILLIP J. GREEN
U.S. MAGISTRATE JUDGE

_____/

## MOTION TO CONSOLIDATE CASES

Now Comes, Plaintiff, David Angel Sifuentes III, In Pro Se, and submits this Motion to consolidate cases for AT&T. Sifuentes emailed counsel regarding consent in this matter and counsel has not responded back.

*i.*    ***Motion to consolidate cases 1:23-cv-00834 and 1:24-cv-00519***

Sifuentes seeks to consolidate cases *1:23-cv-00834* and *1:24-cv-00519*. The cases are related and involve the same defendant and a data breach that occurred involving different reasons. Consolidation should be granted, and the cases should proceed as one.

**WHEREFORE,** for all these reasons Sifuentes **PRAYS** that this Honorable Court **GRANT** this motion.

Respectfully submitted,

By: _____
Plaintiff In Pro Se
David Angel Sifuentes III
439 More St. NE
Unit 2
Grand Rapids, MI 49503
(616)283-5215
davidsifuentes61@yahoo.com

DATED: May 30, 2024

## <u>CERTIFICATE OF SERVICE</u>

I, David Angel Sifuentes III, hereby certify that I mailed a copy of the foregoing one copy of Plaintiffs motion to consolidate, and certificate of service, via first class pre-paid postage to attorney Thomas M. Amon, Warner Norcross + Judd LLP, 150 Ottawa Ave NW, Ste 1500, Grand Rapids, MI 49503-2487.

DATED: May 30, 2024

_____

Plaintiff In Pro Se
David Angel Sifuentes III
439 More St. NE
Unit 2
Grand Rapids, MI 49503
(616) 283-5215
davidsifuentes61@yahoo.com

David Angel Sifuentes III
839 More St. NE
Unit 2
Grand Rapids, MI 49503

GRAND RAPIDS MI 493
31 MAY 2024 PM 5 L



Clerk
399 Federal Bldg.
110 Michigan St. NW
Grand Rapids, MI 49503

49503-231799