FILED - LN
July 18, 2024 10:56 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jlg /    SCANNED BY: /7/19

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID ANGEL SIFUENTES III,<br>Plaintiff,<br><br>V.<br><br>AT&T,<br>Defendant.<br>_____/ | CASE NO. 1:23-cv-00834<br>HON. ROBERT J. JONKER<br>U.S. DISTRICT JUDGE<br><br>HON. PHILLIP J. GREEN<br>U.S. MAGISTRATE JUDGE<br><br>NOTICE OF APPEAL |

Notice is hereby given that, David Angel Sifuentes III, In Pro Se Plaintiff in the above-named case, hereby interlocutory appeals and appeals to the United States Court of Appeals for the Sixth Circuit from order dated July 12, 2023 docket no. 43.

Respectfully submitted,

By: _____
Petitioner In Pro Se
David Angel Sifuentes III
439 More Ste. NE
Unit 2
Grand Rapids, MI 49503
(616) 283-5215

Dated: July 16, 2024

## CERTIFICATE OF SERVICE

I, David Angel Sifuentes III, hereby certify that I mailed a copy of the foregoing one copy of Plaintiff's motion and brief for reconsideration to alter or amend judgment and amend findings of fact, notice of appeal and certificate of service, via first class pre-paid postage to attorney Thomas M. Amon, Warner Norcross + Judd LLP, 150 Ottawa Ave NW, Ste 1500, Grand Rapids, MI 49503-2487.

DATED: July 16, 2024

_____
Plaintiff In Pro Se
David Angel Sifuentes III
439 More St. NE
Unit 2
Grand Rapids, MI 49503
(616) 283-5215
davidsifuentes61@yahoo.com

David Angel Sifuentes III
439 More/St NE
Unit 2
Grand Rapids, MI 49503

Clerk
113 Fed
315 W
Lansing

Retail



48933

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
GRAND RAPIDS, MI 49501
JUL 16, 2024

**$2.04**

S2324A502421-93

eral Bldg.
Allegan St.
, MI 48933